IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| GERRY BOREN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV-07-526-S-BLW |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| PAM SONNEN, DEPARTMENT OF CORRECTION, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On December 21, 2007, the Court entered an Order dismissing this action with prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action is DISMISSED with prejudice.

DATED: **December 21, 2007**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT -1**